JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HINDERSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br><br>SYNCHRONY BANK, et al,<br><br>Defendant. | Case No.: 2:16-cv-00050-AB-KK<br><br><br><br>[~~PROPOSED~~] ORDER |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, Robert Hinderstein, against Defendants, Synchrony Bank and Genpact International, Inc., are dismissed, with prejudice. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: December 15, 2016

_[signature]_

Honorable André Birotte Jr.
United States District Judge